Opinion by EKWALL, J. Paragraph 1807 provides for the free entry of original paintings, except those which are articles of utility or for industrial use. The collector's memorandum stated "Appraiser indicates they were originals but they were created for industrial use. They are not provided for in 1807, and are not works of art under 1547a." An examination of the record failed to disclose any evidence that the articles were not imported for industrial use, and the affidavit of the importer indicated that they were purchased for use as decorations in theatrical productions. On the record presented, the protest was overruled.

No. 56535.—W. A. Taylor & Co., Inc., et al. v. United States, protests 958494–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of La Manna, Azema & Farnan, Inc. v. United States (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

No. 56536.—La Manna, Azema & Farnan, Inc., et al. v. United States, protests 98878–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of La Manna, Azema & Farnan, Inc. v. United States (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

No. 56537.—Baker, Irons & Dockstader, Inc. v. United States, protest 168007–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issue herein is similar in all material respects to that involved in United States v. Browne Vintners Co., Inc. (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 2 pieces of white-figured shirtings out of the 21 pieces invoiced as contained in case numbered 8, and 2 pieces of white-figured shirtings out of the 20 pieces invoiced as contained in case numbered 11, reported by the inspector as landed in bad order, was not in fact imported. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon said 2 pieces of white-figured shirtings out of the 21 pieces invoiced as contained in case numbered 8, and the 2 pieces of white-figured shirtings out of the 20 pieces invoiced as contained in case numbered 11. The protest was sustained to this extent.

No. 56538.—J. Benzaria et al. v. United States, protests 142235–K, etc. (New York).